UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
DEC 1 1 2008
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 08-82-DCR
29 U.S.C. § 501(c)

JAMES A. DECKER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

From on or about December 11, 2003, and continuing through on or about June 23, 2006, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**JAMES A. DECKER,**

while an officer, that is, Treasurer, of the Independent Soft Drink Workers Union (ISDWU), a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $11,380.37, all in violation of 29 U.S.C. § 501(c).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

## PENALTIES

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.